1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   OBED DURAN,

11            Plaintiff,                    No. 2:12-cv-1034 EFB P

12        vs.

13   UNKNOWN,
                                        ORDER AND
14            Defendant.                 FINDINGS AND RECOMMENDATIONS

15   _____/

16        On April 27, 2012, the court found that plaintiff's application to proceed *in forma*

17   *pauperis* failed to include the required affidavit and certified copy of his trust account statement

18   or institutional equivalent required by 28 U.S.C. § 1915(a)(2).  The court ordered plaintiff to

19   submit a complete application to proceed in forma pauperis within 30 days and warned him that

20   failure to do so would result in a recommendation that this action be dismissed.

21        The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit or

22   a certified trust account statement; nor has he paid the appropriate filing fee or otherwise

23   responded to the court's order.

24        Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States

25   District Judge to this action.

26   ////

1

1    Further, it is RECOMMENDED that this action be dismissed without prejudice.

2    These findings and recommendations are submitted to the United States District Judge

3    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after

4    being served with these findings and recommendations, any party may file written objections with

5    the court and serve a copy on all parties.  Such a document should be captioned "Objections to

6    Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified

7    time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455

8    (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

9    Dated:  June 6, 2012.

10                                    EDMUND F. BRENNAN
11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26